```
UNITED STATES DISTRICT COURT                 08 CV 6349
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
AKADEMIKIS VAVILOVS SHIPPING COMPANY
LTD and S. TOMSKIS SHIPPING COMPANY          08 Civ. _____
LTD,
                    Petitioners,
                                             RULE 7.1 STATEMENT
        -against-

GRANDWEST LLC, GRANDWEST CORP.,
SEA BROTHERS SHIPPING LTD, and
SEA BROTHERSHOOD SHIPPING LTD,
```



```
                    Respondents.
-----------------------------------X
```

PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiffs, AKADEMIKIS VAVILOVS SHIPPING COMPANY LTD and S. TOMSKIS SHIPPING COMPANY LTD, ("Petitioners"), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of Petitioners.

Dated:   New York, NY
         July 15, 2008

                              Respectfully submitted,

                              MAHONEY & KEANE, LLP
                              Attorneys for Petitioners

                    By:       _____
                              Garth S. Wolfson (GW 7700)
                              11 Hanover Square, Tenth Floor
                              New York, New York 10005
                              Tel. (212) 385-1422
                              Fax. (212) 385-1605
                              File No. 12/3600/B/08/6