# CHALOS & CO.

GEORGE M. CHALOS

*International Law Firm & Counselors At Law*

A PROFESSIONAL CORPORATION

gmc@chaloslaw.com

123 SOUTH STREET
OYSTER BAY, NEW YORK 11771
Phone: + 1 516 714 4300
Fax: + 1 866 702 4577

Dir Line: + 1 516 714 3040
Mobile: + 1 516 721 4076

www.chaloslaw.com

## MEMO ENDORSED

August 18, 2008

**RECEIVED AUG 18 2008 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

*Via Telefax (212) 805-0717*

Honorable Richard M. Berman
United States District Court
500 Pearl Street, Room 650
New York, New York 10007-1312

Re: Akademikis et al. v Grandwest LLC, et al.
    08 CV 6349 (RMB)

**Conference on 8/20/08 is vacated. See and comply with the Court's rules re: motions.**

**SO ORDERED:**
**Date: 8/18/08**
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

Dear Judge Berman:

We are in the process of being retained to represent the defendant(s) in the above referenced matter, and have spoken with plaintiff's counsel concerning same. In this regard, it is our understanding that a conference is presently scheduled for Wednesday, August 20, 2008. After consultation with plaintiff's counsel, we agreed to take the laboring oar in requesting an adjournment of the upcoming conference and to advise the Court that we shortly shall be filing a motion to vacate the pending maritime attachment and to dismiss the complaint.

For the Court's consideration, we propose the following briefing schedule, which has been discussed and agreed with opposing counsel:

Motion to vacate/dismiss to be filed and served on or before September 5, 2008;

Opposition to be filed and served on or before September 19, 2008;

Reply, if any, to be filed and served on or before September 29, 2008.

In advance, we thank the Court for its time and consideration, and remain,

Respectfully yours,

CHALOS & CO., P.C.

George M. Chalos

GMC/jd
cc: Mahoney & Keane, LLP
    Attn: Garth S. Wolfson, Esq.
    (via e-mail)

---

Dir Line: + 1 516 714 3040 | Mobile: + 1 516 721 4076 | Email: gmc@chaloslaw.com