Edward A. Keane*
Cornelius A. Mahoney·
Christopher H. Mansuy··
Garth S. Wolfson·

Jorge A. Rodriguez··

Of Counsel
Stephen J. Murray·

·Also admitted in NJ
··Also admitted in CT
···Also admitted in PA

# MAHONEY & KEANE, LLP
*Attorneys at Law*
*11 Hanover Square - 10th Floor*
*New York, New York 10005*
*Telephone (212) 385-1422*
*Facsimile (212) 385-1605*
*lawoffices@mahoneykeane.com*

Connecticut Office

14 Pilgrim Lane
Weston, CT 06883
Tel: (203) 222-1019
Fax: (203) 222-0252



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Sept 5 2008

September 2, 2008



RECEIVED
SEP 03 2008
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

BY HAND

Hon. Richard M. Berman
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

        Re:  **Case No. 08 Civ. 6349 (RMB)**
             Akedemikis Vavilos Shipping
             Company, *et al.* v. Grandwest LLC,
             *et al.*
             Our File No.: 12/3600

**MEMO ENDORSED**
p. 2

Honorable Sir:

    We represent plaintiffs in the above-referenced action. Pursuant to Your Honor's Memo-Endorsed Order dated August 29, 2008, we write to respond to the defendant's request for a pre-motion conference with respect to vacating the Rule B attachment in this case.

    It is difficult to respond to defendant's letter, since the grounds for the proposed motion are not identified. We can report that we received a telephone call from defendant's counsel on August 6, 2008, at which time we were told a motion was being contemplated on the ground that the defendant had registered to do business in the State of New York and was thus "found" in this District for the purposes of Rule B. We assume that that will be the basis for the motion, but, of course, would defer to defendant to confirm as much.

MAHONEY and KEANE

    Our written response to defendant's argument, without attachments, is enclosed. Since the defendant registered only after the complaint was filed, we believe any application to vacate the attachment on this basis should fail on the law.

    Accordingly, should the Court be inclined to waive a personal appearance at a conference as defendant has requested, we confirm that we agreed to a briefing schedule allowing plaintiff only at least two weeks to respond, as the issue the defendant presented to us seems to be relatively simple and does not appear to require us to obtain declarations from abroad.

    We thank the Court for its consideration.

                                  Respectfully submitted,

                                  MAHONEY & KEANE, LLP

                    By: _____
                          Garth S. Wolfson

cc (via fax):

CHALOS & CO.
123 South Street
Oyster Bay, New York 11771
Fax: (866) 702-4577
Attention: George M. Chalos, Esq.

---

A pre-motion conference is set for 9/11/08 at 10:00 a.m.

SO ORDERED:
Date: 9/4/08

Richard M. Berman, U.S.D.J.